## (January 30, 1962)

■ LEON COHEN, Plaintiff, v. AGRICULTURAL INSURANCE COMPANY, Defendant.— Motion by defendant for leave to appeal to this court from an order of the Appellate Term. Motion granted. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.